KURT BRANDHORST, Appellant, v CRUCIBLE MATERIALS CORPORATION, Respondent. [836 NYS2d 465]—Appeal from an order of the Supreme Court, Onondaga County (Donald A. Greenwood, J.), entered December 23, 2005. The order, among other things, granted that part of defendant's motion for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Martoche, J.P., Lunn, Peradotto, Green and Pine, JJ.